THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 12, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Thomas and Denna Haslett | Chapter 13 |
| Debtors. | Case No. 14-33161-gmh |

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Upon the Renewed Motion for Relief from the Automatic Stay and Abandonment on file by CitiMortgage, Inc. and the objection thereto by the Debtors, Thomas G. and Denna B. Haslett,

And upon the telephonic hearings before the Court on January 18, 2019 and February 25, 2019 with CitiMortgage appearing by Attorney Michael Dimand, the Debtors appearing by Attorney Rollie Hanson and the Standing Chapter 13 Trustee appearing by Attorney Robert Stack,

And upon all arguments and discussions all of which are contained in the record,

IT IS HEREBY ORDERED that the Motion or Relief shall be and is denied without prejudice.

AND FURTHER, CitiMortgage, Inc. may renew its Motion for Relief from the Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

#####